JOEL L. KERKER, Conservatee, by MILTON KERKER, as Conservator, Appellant, v LAWRENCE B. HURWITZ et al., Respondents.—Motion for reargument granted and upon reargument, decision dated July 13, 1990 and remittitur order en-

tered July 13, 1990 (163 AD2d 859) amended to provide that a new trial is granted on the issue of common-law negligence only; motion for leave to appeal to the Court of Appeals denied. Present—Callahan, J. P., Denman, Green and Balio, JJ.